1026

[No. 3259-1.   Division One.   June 21, 1976.]

AUDREY LANGE, *Respondent*, v. NORMAN LANGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D-54841, Eugene G. Cushing, J. Pro Tem., entered August 6, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Andersen, J., and Henry, J. Pro Tem.

[No. 3290-1.   Division One.   June 21, 1976.]

DAVID C. BASKETT, ET AL, *Respondents*, v. STA-POWER INDUSTRIES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 771579, Robert M. Elston, J., entered August 28, 1974. *Reversed* by unpublished per curiam opinion.

[No. 3330-1.   Division One.   June 21, 1976.]

ANITA LIRA, ET AL, *Appellants*, v. MOTORS INSURANCE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 772129, David C. Hunter, J., entered October 3, 1974. *Reversed* by unpublished opinion per Farris, J., concurred in by Andersen, J., and Henry, J. Pro Tem.

[No. 4246-1.   Division One.   June 21, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN HENRY FOSTER, *Respondent*, JOHN JAMES ALLGOOD, *Defendant*, RANDY JOE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8919, Byron L. Swedberg, J., entered September 17, 1975. *Affirmed* by unpublished per curiam opinion.